**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENISA ANGELES, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BILLIE, INC.,<br><br>      Defendant. | Case No. 1:20-cv-10327-PAE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Jenisa Angeles and defendant Billie, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be judicially enforceable, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: 2-11-2021

| | |
|---|---|
| STEIN SAKS, PLLC | FENWICK & WEST, LLP |
| By: *[signature]* | By: *[signature]* |
| Mark Rozenberg, Esq. | Matthew F. Damm, Esq. |
| 285 Passaic Street | 902 Broadway, Suite 14 |
| Hackensack, NJ 07601 | New York, New York 10010 |
| Phone: (201) 282-6500 | Telephone: (212) 430-2732 |
| Facsimile: (201) 282-6501 | Facsimile: (650)650-938-5200 |
| Email: mrozenberg@steinsakslegal.com | Email: mdamm@fenwick.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
2/19/2021

11